UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FIRST AUTOMOTIVE SERVICE
CORPORATION, N.M., etc., et al.,

          Plaintiffs,

vs.                                    Case No. 3:07-cv-682-J-32TEM

FIRST COLONIAL INSURANCE COMPANY,
etc., et al.,

          Defendants.

_____

## ORDER AND JUDGMENT IN A CIVIL CASE

It is hereby

**ORDERED AND ADJUDGED:**

1.     As stated in the Court's Order (Doc. 63), **FINAL JUDGMENT** is **ENTERED**: confirming the arbitration panel's Final Award, dated August 22, 2009 (Doc. 46-8 at 2-6), and confirming as modified the arbitration panel's Final Award As To Attorneys' Fees And Costs, dated September 26, 2009 (Doc. 46-8 at 7-9), awarding a total of $488,173.83 for attorneys' fees and costs, as modified to reflect payment of $33,637.69 in costs by FAIRR and FASC.[1]

2.     **FINAL JUDGMENT** is **ENTERED** in favor of Northbrook Indemnity Company and against First Automotive Service Corporation, N.M. and First Automotive Insurance Risk Retention Group, Inc., jointly and severally, in the amount of $488,173.83, plus interest at

___

[1] Both awards are in the arbitration proceedings entitled in the matter styled <u>In the Matter of the Arbitration Between First Automotive Service Corporation and First Automotive Insurance Risk Retention Group, Inc., Petitioners, v. Northbrook Indemnity Company, Respondent</u>.

the applicable statutory rate.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of June, 2010.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

jl.
Copies to:
Counsel of Record

CERTIFIED A TRUE COPY
SHERYL L LOESCH, CLERK
U.S. DISTRICT COURT
By *[signature]*
Deputy Clerk

2